478 A.2d 104

Commonwealth v. Williams, Appellant.

Submitted April 26, 1984. George C. Brady III, for appellant; Ronald T. Williamson, Assistant District Attorney, for appellee.

Before McEWEN, BECK and HOFFMAN, JJ.

Affirmed.

478 A.2d 104

Leslie, Appellant, v. Pocono International.

Argued May 24, 1984. Lee C. Krause, for appellant; Joseph P. Lenahan, for appellee.

Before DEL SOLE, MONTEMURO and HOFFMAN, JJ.

Affirmed.

481 A.2d 360

Weiss, Appellant, v. Wolf.

Reargument Denied Aug. 31, 1984.

Submitted May 23, 1984. Allen Feingold, for appellant; Susan M. Warnock, for appellee.

Before DEL SOLE, MONTEMURO and HOFFMAN, JJ.

Affirmed.